In the Matter of the Estate of FERDINAND HIRSCH, Deceased. EDWARD K. JONES, Appellant; MINNIE F. HIRSCH et al., Respondents.

*Matter of Hirsch*, 116 App. Div. 367, affirmed.
(Argued April 2, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1906, which affirmed a decree of the New York County Surrogate's Court revoking letters testamentary issued to the appellant herein and removing him as trustee under the will of Ferdinand Hirsch, deceased.

*Alton B. Parker*, *Edward W. Hatch*, *David McClure* and *Frank B. Church* for appellant.

*Lemuel E. Quigg* and *Charles F. Bostwick* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Not voting: VANN, J.